IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

September 19, 2008

Charles R. Fulbruge III
Clerk

No. 08-50005
Summary Calendar

GLORIA CLARK VALICHKOFSKY

Plaintiff - Appellant

V.

LT FLOORS LP

Defendant - Appellee

Appeal from the United States District Court
for the Western District of Texas
No. 1:06-CV-960

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Gloria Valichkofsky appeals the district court's grant of summary judgment in favor of LT Floors LP as to her numerous and varied claims of discrimination and retaliation. As the district court gave thorough and careful consideration in correctly dismissing each of Valichkofsky's claims, we AFFIRM the judgment of the district court, entered December 14, 2007, for essentially the reasons given in the courts Order entered on the same day.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.